Adam M. Slater
Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA OVERTON, MERRIBETH BAZZELL, and KAREN FULLER individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S., LLC d/b/a SANOFI US,<br><br>Defendant. | Civ. Ac. No.: 3:13-cv-05535-PGS-DEA<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF CLASS COUNSEL** |

TO:   Richard G. Rosenblatt, Esq.
       Sean P. Lynch, Esq.
       Morgan, Lewis & Bockius LLP
       502 Carnegie Center
       Princeton, New Jersey  08540
       *Attorneys for Defendant*
       *Sanofi-aventis U.S. LLC*

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, the undersigned attorneys for plaintiffs shall move before the United States District Court for an Order preliminarily approving the settlement of the above captioned matter, certifying a Settlement Class, appointing Class Counsel, and scheduling a Final Fairness Hearing.

**PLEASE TAKE FURTHER NOTICE** that the parties shall rely upon the Certification of Adam M. Slater and the supporting memorandum filed and served herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument if opposition to this Motion is filed.

A proposed form of Order is attached.

                                      **MAZIE SLATER KATZ & FREEMAN, LLC**
                                      **Attorneys for Plaintiffs**

                                      **ADAM M. SLATER**

Dated: September 4, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, a true and correct copy of Plaintiffs' Notice of Motion, supporting memorandum, Certification of Adam M. Slater and proposed form of Order were served via ECF and Lawyers Service upon the following:

> Richard G. Rosenblatt, Esq.
> Sean P. Lynch, Esq.
> Morgan, Lewis & Bockius LLP
> 502 Carnegie Center
> Princeton, New Jersey  08540
>
> Honorable Douglas E. Arpert, U.S.M.J.
> United States District Court
> District of New Jersey
> Clarkson S. Fisher Building & U.S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

                                         **MAZIE SLATER KATZ & FREEMAN, LLC**
                                         **Attorneys for Plaintiffs**

                                         **ADAM M. SLATER**

Dated: September 4, 2015