Adam M. Slater
Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303
*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA OVERTON, MERRIBETH BAZZELL, and KAREN FULLER individually, and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SANOFI-AVENTIS U.S., LLC d/b/a SANOFI US,<br><br>                    Defendant. | Civ. Ac. No.: 3:13-cv-05535-PGS-DEA<br><br>**NOTICE OF MOTION TO PERMANENTLY SEAL DOCKET ENTRY 42-2** |

TO:   Richard G. Rosenblatt, Esq.
      Sean P. Lynch, Esq.
      Morgan, Lewis & Bockius LLP
      502 Carnegie Center
      Princeton, New Jersey  08540
      *Attorneys for Defendant
      Sanofi-aventis U.S. LLC*

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, the undersigned attorneys for plaintiffs shall move before the United States District Court for an Order permanently sealing Docket Entry 42-2.

**PLEASE TAKE FURTHER NOTICE** that the parties shall rely upon the Certification of Matthew R. Mendelsohn and Brief filed and served herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant consents to the entry of the Proposed Order.

                                      MAZIE SLATER KATZ & FREEMAN, LLC
                                      *Attorneys for Plaintiffs*

                                      MATTHEW R. MENDELSOHN

Dated: September 16, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2015, a true and correct copy of Plaintiffs' Notice of Motion, Certification of Matthew R. Mendelsohn, Brief and proposed form of Order were served via ECF upon the following:

    Richard G. Rosenblatt, Esq.
    Sean P. Lynch, Esq.
    Morgan, Lewis & Bockius LLP
    502 Carnegie Center
    Princeton, New Jersey  08540

    Honorable Douglas E. Arpert, U.S.M.J.
    United States District Court
    District of New Jersey
    Clarkson S. Fisher Building & U.S. Courthouse
    402 East State Street
    Trenton, NJ 08608

          MAZIE SLATER KATZ & FREEMAN, LLC
          *Attorneys for Plaintiffs*

          MATTHEW R. MENDELSOHN

Dated: September 17, 2015