Adam M. Slater
Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LISA OVERTON, MERRIBETH BAZZELL, and KAREN FULLER individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SANOFI-AVENTIS U.S., LLC d/b/a SANOFI US,<br><br>　　　　Defendant. | Civ. Ac. No.: 3:13-cv-05535-PGS-DEA<br><br>**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES** |

TO:　Richard G. Rosenblatt, Esq.
　　　Sean P. Lynch, Esq.
　　　Morgan, Lewis & Bockius LLP
　　　502 Carnegie Center
　　　Princeton, New Jersey  08540
　　　*Attorneys for Defendant
　　　sanofi-aventis U.S. LLC*

　　　PLEASE TAKE NOTICE that on February 9, 2016 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, Class Counsel shall move before the Honorable Douglas E. Arpert, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, Courtroom 6W,  Trenton, New Jersey for an Order awarding attorneys' fees and expenses in the above-entitled action.

　　　PLEASE TAKE FURTHER NOTICE that Class Counsel shall rely upon the annexed Brief and Certification of Adam M. Slater in support of this motion.

　　　A form of Order is attached.

1

                                        MAZIE SLATER KATZ & FREEMAN, LLC
                                        Attorneys for Plaintiffs and the Class

                                        */s/ Adam M. Slater*
                                        Adam M. Slater, Esq.
                                        Matthew R. Mendelsohn, Esq.
                                        Mazie Slater Katz & Freeman, LLC
                                        103 Eisenhower Parkway
                                        Roseland, NJ 07068

Dated: December 3, 2015

## CERTIFICATE OF SERVICE

I certify that the foregoing document is filed or will be filed through the Court's ECF system and thereby will be sent electronically to the registered participants identified on the Notice of Electronic Filing on today's date.

DATED: December 3, 2015         */s/ Adam M. Slater*
                                Adam M. Slater