Adam M. Slater
Matthew R. Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA OVERTON, MERRIBETH BAZZELL, and KAREN FULLER individually, and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>   v.<br><br>SANOFI-AVENTIS U.S., LLC d/b/a SANOFI US,<br><br>            Defendant. | Civ. Ac. No.: 3:13-cv-05535-PGS-DEA<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF INCENTIVE PAYMENTS AND AWARD OF ATTORNEYS' FEES AND COSTS** |

TO:    Richard G. Rosenblatt, Esq.
         Sean P. Lynch, Esq.
         Morgan, Lewis & Bockius LLP
         502 Carnegie Center
         Princeton, New Jersey  08540
         *Attorneys for Defendant*
         *Sanofi-aventis U.S. LLC*

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, the undersigned attorneys for plaintiffs shall move before the United States District Court for an Order granting final approval of the settlement and settlement class, award of incentive payments, and award of attorneys' fees and expenses in the above-entitled action.

**PLEASE TAKE FURTHER NOTICE** that the parties shall rely upon the Certification of Adam M. Slater, Plaintiff Certifications and the supporting memorandum filed and served herewith.

A proposed form of Order is attached.

                                  MAZIE SLATER KATZ & FREEMAN, LLC
                                  Attorneys for Plaintiffs

                                *s/Adam M. Slater*

                                ADAM M. SLATER

Dated: February 2, 2016