UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA OVERTON, MERRIBETH BAZZELL, and KAREN FULLER individually, and on behalf of all class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S., LLC d/b/a SANOFI US,<br><br>Defendant. | Civil Action No.: 3:13-cv-05535-PGS-DEA<br><br>**FINAL APPROVAL ORDER**<br><br>RECEIVED<br><br>FEB 10 2016<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

This matter having come before the Court on Class Counsel's Unopposed Motion for Final Approval Order in the above-captioned matter (the "Action") between Plaintiffs Lisa Overton, Merribeth Bazzell and Karen Fuller, (hereinafter, "Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in the Preliminary Approval Order and Amended Preliminary Approval Order), and Defendant sanofi-aventis US LLC ("sanofi") (collectively, sanofi and Plaintiffs are referred to herein as the "Parties"). Having duly considered the papers and arguments of counsel, the Court hereby finds and orders as follows: (a) the Settlement is fair, reasonable and adequate to the Class; (b) the Class Notice as given was the best notice practicable under the circumstances, is due and sufficient notice to the Class, and fully satisfies the requirements of due process and Federal Rule of Civil Procedure 23; (c) that final certification is granted to the Class; (d) that Plaintiffs and the Settlement Class Members have released all Released Claims and are permanently barred and enjoined from asserting, commencing, prosecuting, or continuing any of the Released Claims against the Released Parties; (e) attorneys' fees and costs in the amount of $ _650,000.00_ payable to Class

Counsel from the Settlement Fund are approved and ordered consistent with the Settlement Agreement; (f) payment of incentive awards to the named Plaintiffs is approved and ordered, consistent with the Settlement Agreement and Second Addendum to the Settlement Agreement, as follows: $ 25,000.00 to Lisa Overton; $ 25,000.00 to Merribeth Bazzell; $ 25,000.00 to Karen Fuller; and (g) the within Action is hereby dismissed, with prejudice, except as subject to the Court retaining continuing jurisdiction over the Parties for the purpose of enforcement of the terms of the Settlement.

IT IS SO ORDERED.

Dated: February 9, 2016

_____
Hon. Douglas E. Arpert
United States Magistrate Judge